FRANK MAY, Appellant, *v.* THOMAS T. MCVANN et al.,
Respondents.

Submitted September 29, 1947; decided October 9, 1947.

*Robert E. Barnes* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, without prejudice to a renewal thereof if and when a judgment has been entered upon the order of the Appellate Division and all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed with the Clerk.